UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEGESOURCE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACADEMYONE, INC. a Pennsylvania corporation,<br><br>Defendant. | Civil No.   08cv1987 H (CAB)<br><br>**ORDER REGARDING PLAINTIFF'S REQUEST FOR JURISDICTIONAL DISCOVERY**<br>**[Doc. No. 10.]** |

On December 22, 2008, the Court held a telephonic hearing on Plaintiff's request for jurisdictional discovery. Darren Quinn, Esq., and Bill Woods, Esq., appeared for Plaintiff CollegeSource, Inc. Dick Semerdjian, Esq., and Courtney Weiner, Esq., appeared for Defendant AcademyOne, Inc. Having considered the parties' submissions and the arguments of counsel, **IT IS HEREBY ORDERED**:

  1.  AcademyOne will produce its server logs, in native format or other format agreeable to both parties, from 2006 to the present;

  2.  AcademyOne will produce all its archived pdf files from April 2007, referenced in paragraph (f) of the Amended Declaration of David Moldoff [Doc. No. 9];

  3.  AcademyOne will produce the "postcard" distributed at the March 2008 conference, referenced in paragraph (j) of the Amended Declaration of David Moldoff;

Case 3:08-cv-01987-GPC-MDD   Document 16   Filed 12/22/08   PageID.94   Page 2 of 2

4.   AcademyOne will produce these documents **no later than January 9, 2009**;

5.   The server logs are to be treated as "Confidential-Attorneys' Eyes Only" documents, and can be viewed by outside counsel and retained experts only. Any experts must be identified to the producing party prior to disclosure of the information. If there is any objection, the objecting party shall contact the Court to request a hearing on the objection.

6.   The pdf files are to be treated as "Confidential" and, at this time, can only be viewed by outside counsel, experts, and the parties. The pdf files can only be used for purposes of this litigation and cannot be shared with any third parties.

A telephonic hearing shall be held on **January 14, 2009**, at **9:30 a.m.** regarding the status of the production and to set a briefing schedule for Defendant's Motion to Dismiss Plaintiff's Amended Complaint or Transfer Venue to the Eastern District of Pennsylvania. Counsel for Plaintiff shall coordinate and initiate the call.

**IT IS SO ORDERED**.

DATED: December 22, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge
2    08cv1987